UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Hiram Ducasse, Jr., | Case No. 24-CV-627 (ECT/JFD) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Mark King, | |
| Defendant. | |

This case was filed in February of 2024. After some delay related to ascertaining Plaintiff Hiram Ducasse, Jr.'s *in forma pauperis* status and service of the defendant, Defendant Mark King filed an Answer to the Complaint on October 10, 2024. (*See* Answer, Dkt. No. 18.) Two weeks later, the Court issued a Scheduling Order, which stated that discovery was to close on June 23, 2025, all dispositive motions were due by August 25, 2025, and the case was to be ready for trial by December 23, 2025. (*See* Scheduling Order, Dkt. No. 19.) Mr. King filed a Motion for Summary Judgment on October 25, 2025 (Dkt. No. 26). The Court has received no response from Mr. Ducasse regarding that Motion. In fact, Mr. Ducasse has not engaged with this litigation at all since the spring of 2024, despite multiple orders requiring him to respond to the Court. (*See* Sept. Briefing Order, Dkt. No. 35; Oct. Briefing Order, Dkt. No. 36; Nov. Briefing Order, Dkt. No. 37.)

Mr. Ducasse has allowed multiple deadlines to pass without filing a response to Mr. King's Motion for Summary Judgment. The Court therefore recommends dismissing this

1

action without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. *See, e.g.*, *Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Date: December 2, 2025

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge