UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Hiram Ducasse, Jr., | File No. 24-cv-627 (ECT/JFD) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Mark King, | |
| Defendant. | |

Magistrate Judge John F. Docherty issued a Report and Recommendation on December 2, 2025. ECF No. 38. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 38] is **ACCEPTED**; and

2. Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 30, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court